UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                       :

ANDERSON OMAR TACURI GUANOLUISA and    :
EDGAR TACURI as next of friend,            :

                                        :            25-CV-07012 (JAV)

               Petitioner,          :

                                        :             ORDER

      -v-                                :

                                        :

LADEON FRANCIS, In his official capacity as Acting  :
Field Office Director of New York; Immigration and  :
Customs Enforcement; KRISTI NOEM In her official  :
capacity as Secretary of Homeland Security; and PAM  :
BONDI, in her official capacity as Attorney General.,  :

                                        :

             Respondents.      :

                                        :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On August 22, 2025, a petition for writ of habeas corpus ("Petition") was filed on behalf

of Anderson Omar Tacuri Guanoluisa ("Petitioner").  ECF No. 1.  The petition was filed by

Edgard Tacuri, the Petitioner's father, as next of friend.  ECF No. 1, Tacuri Decl., Ex. A.  The

petition seeks relief to remedy Petitioner's unlawful arrest and detention by the Department of

Homeland Security, Immigration and Customs Enforcement ("ICE").  *Id*.

The Court hereby ORDERS that Petitioner shall not be removed from the United States

unless and until the Court orders otherwise in order to preserve the Court's jurisdiction pending

its consideration of the habeas petition.  *See, e.g.*, *Local 1814, Intern. Longshoremen's Ass'n,*

*AFL-CIO v. New York Shipping Ass'n, Inc.*, 965 F.2d 1224, 1237 (2d Cir. 1992) ("Once the

district court acquires jurisdiction over the subject matter of, and the parties to, the litigation, the

All Writs Act [28 U.S.C. § 1651] authorizes a federal court to protect that jurisdiction" (cleaned

up)); *Garcia-Izquierdo v. Gartner*, No. 04-CV-7377 (RCC), 2004 WL 2093515, at *2 (S.D.N.Y.

Sept. 17, 2004) (observing that, under the All Writs Act, 28 U.S.C. § 1651, a district court "may order that a petitioner's deportation be stayed . . . when a stay is necessary to preserve the Court's jurisdiction of the case"); *cf. Michael v. I.N.S.*, 48 F.3d 657, 661-62 (2d Cir. 1995) (holding that the All Writs Act provides a federal court of appeals reviewing a final removal order with a basis to stay removal).

A copy of this Order shall be served upon the U.S. Attorney's Office for the Southern District of New York (the "USAO").  The USAO shall take immediate steps to notify appropriate officials at ICE of this Order, and shall file a status report by no later than September 4, 2025, at 5 p.m.

SO ORDERED.

Dated:  September 3, 2025
New York, New York
                    JEANNETTE A. VARGAS
                    United States District Judge