UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDGAR TACURI ex rel. ANDERSON OMAR TACURI GUANOLUISA,<br><br>         Petitioner,<br><br>  -against-<br><br>LaDEON FRANCIS, in his official capacity as Acting Field Office Director of New York Immigration and Customs Enforcement, et al.,<br><br>         Respondents. | 1:25-CV-7012 (JAV)<br><br>ORDER TO ANSWER, 28 U.S.C. § 2241 |

JEANNETTE A. VARGAS, United States District Judge:

The Court, having examined the petition in this action, which was filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Within 30 days of the date of this order, the U.S. Attorney's Office shall file an answer or other response to the petition, including any challenge to venue or this Court's jurisdiction over the petition. Petitioner Anderson Omar Tacuri Guanoluisa and/or "next friend" Edgar Tacuri may file reply papers, if any, within 10 days from the date that either of them is served with Respondents' answer or other pleading in response to the petition.

SO ORDERED.

Dated: September 5, 2025
     New York, New York

                         /s/ Jeannette Vargas
                         JEANNETTE A. VARGAS
                         United States District Judge