UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                :

EDGAR TACURI ex rel. ANDERSON OMAR TACURI  :
GUANOLUISA,
                                                :

                 Petitioner,               :      25-CV-07012 (JAV)

            -v-                                  :      <u>ORDER</u>

LADEON FRANCIS, et al.,                      :

                 Respondents.        :

------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       Pursuant to Section 4(a) of the Court's Individual Rules and Practices in Civil *Pro Se* Cases and Federal Rule of Civil Procedure 6(d), Petitioner is required to submit papers in opposition to Respondents' motion to dismiss, ECF No. 12, by November 9, 2025. To date, Petitioner has not filed papers in opposition. As a courtesy, that deadline is hereby **EXTENDED**, *nunc pro tunc*, to **NOVEMBER 26, 2025**.

       Respondents are **ORDERED** to serve a copy of this Order on Petitioner and next of friend no later than **NOVEMBER 12, 2025**. Respondents are **FURTHER ORDERED** to file proof of service on the docket no later than **NOVEMBER 12, 2025**.

       SO ORDERED.

Dated: November 12, 2025
       New York, New York

                                                      JEANNETTE A. VARGAS
                                                      United States District Judge