UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
EDGAR TACURI ex rel. ANDERSON OMAR TACURI :
GUANOLUISA,
:
                            Petitioner,         :             25-CV-07012 (JAV)
:
        -v-                           :            ORDER OF DISMISSAL
:
LADEON FRANCIS, et al.,
:
                        Respondents.    :
:
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On December 17, 2025, Petitioner moved the Court for an order voluntarily dismissing this action without prejudice. ECF No. 27. The Court grants Petitioner's motion for a dismissal order pursuant to Federal Rule of Civil Procedure 41(a)(2).

Accordingly, the Order for Appearance of Pro Bono Counsel, ECF No. 26, is vacated and the Petition for Writ of Habeas Corpus is DISMISSED without prejudice. The Clerk of Court is directed to terminate all pending motions and to close the case.

      SO ORDERED.

Dated: December 17, 2025
      New York, New York                _____
                                         JEANNETTE A. VARGAS
                                         United States District Judge